UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 06-22394-CIV-MORENO

YESMIN MONAYAR, as Personal Representative of the ESTATE OF GABRIEL ECHEVERRI, deceased; and YEMIN MONAYAR, Individually,

    Plaintiff,

vs.

AMERIJET INTERNATIONAL, INC.; THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY,

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

THIS CAUSE came before the Court upon Defendants' Motion to Dismiss **(D.E. No. 12)**, filed on **October 13, 2006**.

### Background

Plaintiff's complaint, originally filed in state court on June 15, 2006, seeks to recover dependent term life insurance proceeds from Defendants under an employee welfare benefit plan. Plaintiff alleges breach of contract claims against all defendants, based entirely upon state law.

Plaintiff was a participant in Defendant Amerijet's Employee Welfare Benefit Plan, underwritten and issued by Defendant Prudential. The plan provides for the payment of Term Life Coverage if the circumstances of death of the participant's/beneficiary's dependant is covered under the plan.

On September 22, 2006, Defendants removed this case to federal court alleging that this Court has jurisdiction pursuant to 28 U.S.C. § 1331 because the claims set forth in the Complaint are governed by the Employment Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 *et seq*. Defendants now move to dismiss the action on the grounds that Plaintiff's breach of contract claims are preempted by ERISA.

## Legal Standard

ERISA governs "any plan, fund, or program . . . established or maintained by an employer . . . for the purpose of providing its participants or their beneficiaries . . . medical, surgical or hospital care or benefits . . . ." 29 U.S.C. § 1002(1). State law causes of action such as common law contract claims relating to an employee welfare benefit plan are pre-empted by ERISA. 29 U.S.C. §1144(a). Further, a suit by a beneficiary to recover benefits from a covered plan falls directly under the ambit of ERISA, which provides an exclusive federal cause of action for the resolution of such disputes. Metropolitan Life Ins. Co. V. Taylor, 481 U.S. 58, 62 (1987).

## Analysis

In the instant case, it is clear that Plaintiff is seeking the proceeds of an ERISA governed life insurance plan. Plaintiff has brought suit to recover these proceeds under common law breach of contract claims. As made clear by Congress and the Supreme Court, these types of claims are completely preempted by ERISA. See Pilot Life Ins. Co. v. Dedeaux, 481 U.S. 41, 54 (1987). Accordingly, Defendants' Motion to Dismiss Plaintiff's Complaint is GRANTED. Plaintiff's Complaint is DISMISSED, with prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 18 day of October, 2006.

                                                FEDERICO A. MORENO
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:

Brett Weinberg, Esq.

Clifford L. Rostin, Esq.